IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:02-CR-60-5H
No. 4:10-CV-195-H

| | |
|---|---|
| NIGEL CLARKE,<br>　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA<br>　　Respondent. | )<br>)<br>)<br>)　　**ORDER**<br>)<br>)<br>) |

This matter is before the court on petitioner's motion to vacate or set aside sentence pursuant to 28 U.S.C. § 2255, dated December 20, 2010. Petitioner previously filed a § 2255 motion on January 29, 2007, which the court dismissed as untimely. This court has also denied several motions in which petitioner sought to relitigate his § 2255 motion. Because the motion presently before the court is a successive § 2255 motion, this court is without jurisdiction to consider it. See 28 U.S.C. § 2255(h) ("A second or successive motion must be certified . . . by a panel of the appropriate court of appeals . . . ."). Accordingly, petitioner's motion [DE #560] is DISMISSED WITHOUT PREJUDICE to petitioner's right to apply to the Fourth Circuit for leave to file a successive § 2255 motion.

This 10th day of January, 2011.

　　　　　　　　　　　　　　/s/ Malcolm J. Howard
　　　　　　　　　　　　　　MALCOLM J. HOWARD
　　　　　　　　　　　　　　Senior United States District Judge

At Greenville, NC
#31