IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:02-CR-60-5H
No. 4:10-CV-195-H

NIGEL CLARKE,
    Petitioner,

v.

UNITED STATES OF AMERICA
    Respondent.

**ORDER**

This matter is before the court on petitioner's motion raising a constitutional challenge to his conviction and petitioner's motion pursuant to Rule 60(b). Finding both motions to be without merit, said motions are DENIED.

This 29th day of September 2014.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26